A CERTIFIED TRUE COPY

SEP 27 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

AUG 11 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 28 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

## CONDITIONAL TRANSFER ORDER (CTO-51)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,122 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 29 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By: _____ D.C.

# SCHEDULE CTO-51 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW 1 05-1057 | Barbara Ann Greer v. Wyeth, et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 05-1244 | Linda Lasater v. Novartis Pharmaceuticals, Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 1 05-73 | Deborah Perotti v. Wyeth Pharmaceuticals, Inc., et al. |
| **LOUISIANA WESTERN** | |
| LAW 6 05-853 | Burner Dean Malveaux v. Wyeth, et al. |
| **MASSACHUSETTS** | |
| MA 1 05-11405 | Dorothy Anderson v. Wyeth, et al. |
| MA 4 05-40102 | Jeanne LeBlanc, et al. v. Wyeth, Inc., et al. |
| **MARYLAND** | |
| MD 1 05-1778 | Ann Jewer, et al. v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 05-1032 | Elizabeth Bridegroom v. Wyeth, et al. |
| MN 0 05-1033 | Rochelle Wilensky v. Wyeth, et al. |
| MN 0 05-1302 | Carol Ann B. Lee, et al. v. Wyeth, et al. |
| MN 0 05-1314 | Nancy Fudally, et al. v. Wyeth, et al. |
| MN 0 05-1321 | Linda Boonstra v. Wyeth, et al. |
| MN 0 05-1322 | Martez Sanford, et al. v. Wyeth, et al. |
| MN 0 05-1325 | Phyllis Lewis v. Wyeth, et al. |
| MN 0 05-1360 | Marilyn Clark v. Wyeth, et al. |
| MN 0 05-1361 | Virginia Bowling, et al. v. Wyeth, et al. |
| MN 0 05-1363 | Linda Biggs, et al. v. Wyeth, et al. |
| MN 0 05-1364 | Barbara Anderson, et al. v. Wyeth, et al. |
| MN 0 05-1365 | Nilsa Guslawski, et al. v. Wyeth, et al. |
| MN 0 05-1372 | Heidi Liu, et al. v. Wyeth, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-329 | Jean A. Trevino v. Wyeth, Inc., et al. |
| MSS 3 05-405 | Iris Woodthorpe v. Wyeth, Inc., et al. |
| MSS 3 05-406 | Judy P. Brooks v. Wyeth, Inc., et al. |
| MSS 5 05-104 | Gladys Reed v. Pfizer, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 7 05-122 | Carolyn R. West v. Wyeth, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 3 05-210 | Carol S. Teague, et al. v. Wyeth, et al. |
| **NEW HAMPSHIRE** | |
| NH 1 05-250 | Mary Hennessey v. Wyeth, Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-6270 | Carol Baker, et al. v. Wyeth, et al. |

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **RHODE ISLAND** | |
| RI 1 05-286 | Jeanne E. Tsakeres, et al. v. Wyeth, Inc., et al. |
| **SOUTH CAROLINA** | |
| SC 2 05-1967 | Mary Jo Craven v. Wyeth, Inc., et al. |
| SC 2 05-1969 | Sarah C. Ison, et al. v. Wyeth, Inc., et al. |
| SC 4 05-1928 | Wilma Ginnity v. Wyeth, Inc., et al. |
| SC 4 05-1929 | Sharon Howerton, et al. v. Wyeth, Inc., et al. |
| SC 4 05-1930 | Edna Sims, et al. v. Wyeth, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 6 05-223 | Brenda J. Maliko v. Wyeth |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1078 | Linda Swanson v. Wyeth, et al. |
| WAW 2 05-1079 | Terry Kinner, et al. v. Wyeth, et al. |
| **WEST VIRGINIA SOUTHERN** | |
| ~~WVS 2 05-547~~ | ~~Stephanie Toler, et al. v. Wyeth, et al.~~ Opposed 08/26/05 |